IN THE UNITED STATES DISTRICT COURT

RE: SHAWN REED V. MEYERS
NO. 1:CV-00-1670
and
REED V. PA. BOARD OF PRONATION & PAROLE
NO. NOT ASSIGNED



FILED
MAR 0 5 2001
PER _____
HARRISBURG, PA.    DEPUTY CLERK

Dear Clerk:

Enclosed, please find a return letter from the Eastern District of no case being on file. This is the Third time your office has directed inquiry with Philadelphia and nothing is there. I know, Judge Caldwell issued an order on September 21, 2000, at No. 1:CV-00-1670 to transfer the case to the Eastern District, and your office received a check for the filing fee, cashier named Rich, Receipt No. 333 80847, check number 39389. Once again would you please check for record in this matter.

Secondly, is there a possibility your office lost the Writ of Habeas Corpus filed in the caption of <u>Reed v. Pennsylvania Board of Probation and Parole</u>. I had a friends attorney inquire and he discovered your office has a file in Reed v. Meyers, but not one under Reed v. PA. Board of Probation and Parole. Please verify this so the correct measures can be taken. Your anticipated response is thanked in advance.

Sincerely,
[signature]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-

Shawn Reed BT 0547

In response to your recent letter requesting the status of your case, according to the docket as of this date, the following has been filed:

( ) Motion for _____

( ) Order granted/denied. (see attached entry)

( ) Complaint filed on _____

( ) Summons (es) issued (see attached entry)

( ) Service executed/unexecuted (see attached entry)

( ) No legal advice. Please consult the institution's law library

( ) Please contact the Marshal's with any questions concerning service

( ) For the last entry, please see attached

( ) Please be advised that you will be notified when the court takes action on your case.

(✓) OTHER: No Record of case

_____

_____

_____

Thank you for your attention herein.

Very truly yours,
MICHAEL E. KUNZ, CLERK

NAME: SHAWN REED
NUMBER: BJ-0547
BOX A.
BELLEFONTE, PA. 16823-0820

INMATE MAIL
PA DEPT OF
CORRECTIONS

U.S. POSTAGE 0.34
MAR-1'01

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. Box 983
HARRISBURG, PA 17108

17108+0983