ORIGINAL

(4)
4/2/01

222       RE: SHAWN S. REED V. SUPERINTENDENT MEYERS
          CASE NO. 1:00-CV-01670 (Judge Caldwell)

Dear Clerk:

This letter will serve as my inquiry as to whether the Court has issued an order in the above caption and number for the United States Marshal to make service of the writ of habeas corpus filed in this court. Your anticipated response is thanked in advance.

FILED
HARRISBURG, PA

MAR 30 2001

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

Sincerely,

[signature]