**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

**MARY E. D'ANDREA**
*Clerk of Court*

(570) 207-5600  FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

*Divisional Offices*

Harrisburg:    (717) 221-3920
Williamsport:  (570) 323-6380

April 10, 2001

Mr. Shawn S. Reed
BJ-0547
SCI-Rockview
Box A
Bellefonte, PA 16823

Re:  <u>Reed v. Meyers</u>, Civil No. 1:CV-00-1670 (Judge Caldwell)

Dear Mr. Reed:

In response to your recent letter regarding the case referenced above, please be advised that your petition is presently under consideration by the court.

Sincerely,

Clerk of Court, Mary E. D'Andrea

By: *[signature]*

laf

FILED
SCRANTON

APR 10 2001

PER _____
     DEPUTY CLERK